# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2294 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 121 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 24780 |
| | : | |
| GLENN P. SCHILLO | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 19th day of September, 2016, upon consideration of the Verified Statement of Resignation, Glenn P. Schillo is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).